

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

January 13, 2026

By ECF
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.   1/13/2026

Re:    *Ipina Hernandez v. Genalo, et al.*, No. 26 Civ. 137 (VSB)

Dear Judge Broderick:

This Office represents the government in the above-referenced immigration habeas corpus action, brought by Julio Antonio Ipina Hernandez ("Petitioner"), an alien in removal proceedings, challenging his detention by U.S. Immigration and Customs Enforcement ("ICE").

Pursuant to this Court's instruction at the conference held on January 9, 2026, the parties have met and conferred. In lieu of formal briefing, the parties have agreed to submit a joint letter that includes the parties' respective positions. Yesterday, the undersigned sent Petitioner's counsel a proposed joint letter that included Respondents' position. The undersigned also sent Petitioner's counsel relevant CBP and ICE documents concerning Petitioner. Today, counsel for the parties met and conferred regarding the timing for the submission of the joint letter to the Court. The parties respectfully request that the Court set a deadline of Friday, January 16, 2025, for the parties to submit the joint letter and accompanying relevant documents.

We thank the Court for its consideration of this request.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:    */s/ Charles S. Jacob*
CHARLES S. JACOB
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel: (212) 637-2725
E-mail: charles.jacob@usdoj.gov

cc: Counsel of Record (by ECF)