# MUSA-OBREGON   LAW P.C.

## ATTORNEYS AND COUNSELORS AT LAW

S. MICHAEL MUSA-OBREGON, ESQ.
PETER KAPITONOV, ESQ. * admitted in NY/NJ
KARL J. ASHANTI, ESQ.
SAMI EL CHERIF, ESQ.

**MASPETH OFFICE**
55-21 69TH ST., 2nd FL
MASPETH, N.Y. 11378
TEL (718) 803-1000

**WHITE PLAINS OFFICE**
140 GRAND STREET, STE. 307
WHITE PLAINS, N.Y. 10601
TEL (914) 380-1476

By ECF

January 20, 2026

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY

> **APPLICATION GRANTED**
> **SO ORDERED** _[signature]_
> **VERNON S. BRODERICK**
> **U.S.D.J.  1/21/2026**
>
> The Order to Show Cause hearing, currently scheduled for Friday, January 23, shall be postponed until Monday, **January 26, 2026 at 3:30 P.M.** in the Thurgood Marshall United States Courthouse, Courtroom 518, 40 Foley Square, New York, NY, 10007.

Re: Ipinta Hernandez v. Genalo, et al., No. 26-cv-137 (Broderick, J.)

Dear Judge Broderick,

The Court had previously extended the time for the parties to file a joint letter for the Court today.

However, I must request a brief three-day extension, until Friday, January 23, 2026, as the parties require a little more time to meet and confer, and there are still other items I must synthesize.

AUSA Charles Jacob has graciously stated that he has no objection to my request.

Sincerely,

s/ S. Michael Musa-Obregon
S. Michael Musa-Obregon, Esq.
Counsel for Petitioner