UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JULIO ANTONIO IPINA HERNANDEZ,

                                Petitioner,

                 -against-

KENNETH GENALO, NYC Director
Enforcement & Removal Operations
Immigration and Customs Enforcement (ICE),
*et al.*,

                             Respondents.
------------------------------------------------------------X

26-CV-137 (VSB)

**ORDER**

<u>VERNON S. BRODERICK</u>, United States District Judge:

       On account of the inclement weather in the New York area, the Order to Show Cause hearing on Monday, January 26 at 3:30 p.m. will be held telephonically rather than in person. The dial-in number is 1-855-244-8681 and the access code is 2309 3085 835.  There is no attendee ID.

SO ORDERED.

Dated:     January 23, 2026
               New York, New York

                                                                   _____
                                                                  Vernon S. Broderick
                                                                  United States District Judge