```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
JULIO ANTONIO IPINA HERNANDEZ,                                :
                                                              :
                           Petitioner,                        :
                                                              :         26-CV-137 (VSB)
            - against -                                       :
                                                              :              ORDER
                                                              :
KENNETH GENALO, NYC Director                                  :
Enforcement & Removal Operations                              :
Immigration and Customs Enforcement (ICE),                    :
et al.,                                                       :
                                                              :
                           Respondents.                       :
                                                              :
-------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

      I am holding an Order to Show Cause hearing on Friday, February 6, 2026 at 3:30 PM in Courtroom 518, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY, 10007.

The parties should be prepared to address the following during that hearing:

1. The status of Petitioner's application for asylum or cancellation of removal and any future deadlines or hearings.  (*See* Doc. 15 ("Reply") at 2.)

2. What occurred in the Immigration Court hearings on January 12, 2026, (Doc. 1 at 20), and January 15, 2026, (Doc. 14-9), and whether there are any future deadlines or hearings.

3. When, where, and how Petitioner first entered into the United States and how long he has continuously been living here.

4. Whether the two Record of Deportable/Inadmissible Alien from May 2009 (Docs. 14-1, 14-2 (Forms I-213 dated May 15, 2009 and May 17, 2009)) are related to Petitioner, despite listing a different date of birth and country of birth than the subsequent Record of Deportable Inadmissible Alien from March 12, 2021 (Doc. 14-12) and January 6, 2026 (Doc. 14-7).

5. Whether either party has a record for the third encounter on May 16, 2009 mentioned in the Record of Deportable/Inadmissible Alien dated January 6, 2026, (Doc. 14-7).

6. The circumstances of Customs and Border Protection's March 31, 2022 encounter with Petitioner.

7. The details of Petitioner's March 31, 2022 Order of Release on Recognizance, (Doc. 14-4), including any additional terms of release and Petitioner's compliance with such terms.

8. The circumstances of the April 21, 2023 Order of Dismissal by an Immigration Judge in New York, (Doc. 14-6), including any related briefings, transcripts, or opinions.

9. The circumstances of Petitioner's arrests on March 31, 2022 and March 30, 2025, the Government's awareness of those arrests and charges, and the current status of those charges.

10. The circumstances of Petitioner's January 6, 2026 arrest, including the details of any investigation into Petitioner and the preparation and service of the arrest warrant, (Doc. 14-8).

11. Any additional documents that are not currently on the record but which are relevant to Petitioner, including any Notice of Custody Determination, Notice to Appear, or Warrant for Arrest.

SO ORDERED.
Dated: February 4, 2026
      New York, New York

_____
Vernon S. Broderick
United States District Judge